THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SARAH WEBSTER, Respondent.— In our opinion, the court had power to suspend execution of judgment under the circumstances present in this case. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [201 Misc. 239.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD WOLFMAN, Appellant.— Defendant's guilt was not established beyond a reasonable doubt. Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ., concur.

■

MORDECAI RIVCHIS, Respondent-Appellant, v. PAUL P. LAZAR, Appellant-Respondent. The multitude of checks made by defendant to his own order and defendant's many monthly bank statements beclouded the simple issue whether defendant in fact made the weekly cash payments. In the interests of justice, a new trial of the entire case should be had. The verdict was contrary to the weight of the credible evidence. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.